**Order entered April 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00016-CV

## CHRISTOPHER A. JACKSON, Appellant

## V.

## ERICA SHARNELL DALLAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-1800750-V**

## ORDER

The reporter's record in this appeal is past due. By postcard dated February 20, 2019, we notified Court Reporter Deborah M. Slovak that the reporter's record was overdue. We directed Ms. Slovak to file the reporter's record within thirty days. To date, Ms. Slovak has failed to comply with the Court's directive.

Accordingly, we **ORDER** Peri Wood, Official Court Reporter for the 292nd Judicial District Court to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not requested the reporter's record or has been found not entitled to proceed*

*without payment of costs and has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Brandon Birmingham
Presiding Judge
292nd Judicial District Court

Peri Wood
Official Court Reporter
292nd Judicial District Court

Deborah M. Slovak
Court Reporter

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE